IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-00372-PAB -CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: January 9, 2012 | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

DEBORAH MARTINEZ,                                    Cathy Cooper

    Plaintiff,

v.

ADAMS COUNTY SCHOOL DISTRICT 14,       John Keen
LYNN HEINTZMAN, in her individual capacity,
PHIL BEDFORD, in his individual capacity,
HOLLENE DAVIS, in her individual capacity, and
SUE CHANDLER, in her individual capacity,

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  MOTION HEARING**
**Court in Session:     3:03 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding First Motion to Amend/Correct/Modify #15 Scheduling Order (Docket No. 37 Filed on 12/29/2011).  Ms. Cooper presents oral argument to support her filing of this motion.

**Court in recess:      3:13 p.m.**
**Court in Session:     3:22 p.m.**

Ms. Cooper continues her oral argument to support her filing of this motion.  Discussion regarding case law, discovery, and Judge Brimmer's practice standards.  Off the record discussion regarding interrogatories and request for production (from 4:19 p.m. to 4:36 p.m.).

    ORDERED:                    Court DENIES First Motion to Amend/Correct/Modify #15

                       Scheduling Order (Docket No. 37 Filed on 12/29/2011) for reasons stated on the record.

Hearing concluded.
**Court in recess:**     **4:45 p.m.**
Total time in court:    01:33

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.