IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00372-PAB-CBS

DEBORAH MARTINEZ,

    Plaintiff,

v.

ADAMS COUNTY SCHOOL DISTRICT 14,
LYNN HEINTZMAN, in her individual capacity,
PHIL BEDFORD, in his individual capacity,
HOLLENE DAVIS, in her individual capacity, and
SUE CHANDLER, in her individual capacity,

    Defendants.

## ORDER

    This matter comes before the Court on plaintiff's Notice of Settlement and Motion to Vacate Further Proceedings [Docket No. 96] and defendants' Motion to Strike and Objection to Plaintiff's Notice of Settlement and Motion to Vacate Further Proceedings [Docket No. 100].  Plaintiff's Notice of Settlement states that a settlement was reached between the parties, but that plaintiff received no response to her attempts to confer about Docket No. 96 with opposing counsel and therefore assumes that it is opposed.  A settlement that the opposing party objects to is no settlement at all.  This was later confirmed by Docket No. 100, which indicates that no settlement has been reached and that the parties are still negotiating.  Wherefore, it is

    ORDERED that defendants' Motion to Strike [Docket No. 100] the Notice of Settlement [Docket No. 96] is granted.  It is further

ORDERED that plaintiff's Motion to Vacate Further Proceedings is denied. All deadlines, including those for filing plaintiff's proposed voir dire questions and witness and exhibit lists, are still in effect.

DATED December 17, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge