IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00372-PAB-CBS

DEBORAH MARTINEZ,

    Plaintiff,

v.

ADAMS COUNTY SCHOOL DISTRICT 14,
LYNN HEINTZMAN, in her individual capacity,
PHIL BEDFORD, in his individual capacity,
HOLLENE DAVIS, in her individual capacity, and
SUE CHANDLER, in her individual capacity,

    Defendants.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter comes before the Court on plaintiff's Unopposed Motion to Dismiss Case With Prejudice [Docket No. 107]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Unopposed Motion to Dismiss Case With Prejudice [Docket No. 107] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

**ORDERED** that the jury trial scheduled for January 7, 2013 at 8:00 a.m. is vacated.

DATED January 2, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge